Case 2:19-cr-20729-GAD-APP ECF No. 1 filed 07/23/19 PageID.1 Page 1 of 7

AO 91 (Rev. 11/11) Criminal Complaint  AUSA: Amanda Jawad  Telephone: (313) 226-9100
Task Force Officer: Jeremy Quinn  Telephone: (313) 965-2323

# UNITED STATES DISTRICT COURT
for the
### Eastern District of Michigan

United States of America
v.
Orodell Walker, Jr.

Case: 2:19-mj-30394
Assigned To : Unassigned
Assign. Date : 7/23/2019
Description: RE: SEALED MATTER (EOB)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __July 2, 2019__ in the county of __Oakland__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 2251 | Production of Child Pornography |
| 18 USC 2252A | Possession of Child Pornography |

This criminal complaint is based on these facts:
see attached AFFIDAVIT.

☑ Continued on the attached sheet.

_Complainant's signature_

Jeremy Quinn, Task Force Officer (FBI)
_Printed name and title_

Sworn to before me and signed in my presence.

Date: 7/23/19

_Judge's signature_

City and state: Detroit, Michigan

Hon. David Grand, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF AN ARREST WARRANT

I, Task Force Officer Jeremy Quinn, swear and affirm as follows:

### I. INTRODUCTION

1. I am employed as a Detective with Canton Township Police Department and have been so employed since February 2006. I am currently assigned as a Task Force Officer with the Federal Bureau of Investigation (FBI) Southeast Michigan Trafficking and Exploitation Task Force (SEMTEC). I am responsible for conducting and assisting in child exploitation investigations, including the sex trafficking of minors and other crimes against children. I have participated in the execution of multiple search warrants and arrests relating to crimes against children. As a result of my training and experience, I am familiar with techniques and methods of operation used by individuals involved in criminal activity to conceal their activities from detection by law enforcement. As a federal Task Force Officer, I am authorized to investigate violations of the laws of the United States and am a law enforcement officer with the authority to execute warrants issued under the authority of the United States.

2. The facts and information contained in this affidavit are based on my own investigation, which includes information conveyed to me by other law enforcement officials, other cooperating individuals, my training and experience, my own observations and other firsthand knowledge I've acquired

during the course of this investigation.

3. The purpose of this affidavit is to establish probable cause in support of a criminal complaint charging ORODELL PERRY WALKER, JR. with Production of Child Pornography (in violation of 18 U.S.C. § 2251), and Possession of Child Pornography (in violation of 18 U.S.C. § 2252A). Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for an arrest warrant for ORODELL PERRY WALKER, JR.

## II. BACKGROUND OF THE INVESTIGATION

4. On or about July 2, 2019, the FBI learned about a potential victim of sex trafficking (Minor Victim One, or MV-1). Detective Ceci of the Southfield Police Department contacted Special Agent Brian Conolly and advised that on July 2nd, 2019 at approximately 11:30 AM, Officers were dispatched to the EZ Rest Motel located at 22305 Telegraph in Southfield, MI after receiving information that MV-1, a 14-year-old runaway, was allegedly being trafficked out of that motel. An individual who had been communicating with MV-1 via Facebook Messenger told officers that MV-1 was being held there against her will.

5. MV-1 had been entered into LEIN (Law Enforcement Information Network) by the Ann Arbor Police Department on June 28, 2019 as a missing person.

6. Southfield Officers went to room 223 on July 2nd and made contact with a male identified as ORODELL PERRY WALKER JR. MV-1 was also in the room. Based on their initial investigation, Southfield detectives placed WALKER JR. into custody for human trafficking charges.

7. At the Southfield Police Department, Detective Ceci met with MV-1 to conduct an interview. At that time, MV-1 stated that on June 27th, she left her residence and ended up at a bar in Ypsilanti, MI. She stated that she met someone named Brandon Walker at the bar and the following day, Brandon took her to a motel in Detroit where she met "Rio" (a black male identified as ORODELL PERRY WALKER JR.). MV-1 stated that there were two adult females in the motel room that were working as prostitutes and that Brandon and "Rio" were both trying to convince MV-1 to post sexual commercial sex advertisements of her online so that she could also start working as a prostitute. MV-1 stated that she got into an argument with the other females so she left with "Rio" after he paid Brandon a couple hundred dollars to take her.

8. MV-1 stated that on July 1st, 2019, she and "Rio" checked into the EZ Rest Motel in Southfield, MI. She stated that she told "Rio" that she was 19 years old and that she had sex with Rio. MV-1 stated that "Rio" took nude photographs of

-3-

her and tried to convince her to work as a prostitute. She also stated that "Rio" made her post online and told her what to charge for the "dates," meaning commercial sex acts. MV-1 stated that she spoke with one "John" or commercial sex customer on the phone and he agreed to pay her $200 for sex but never showed up. MV-1 stated that she never ended up doing any "dates."

9. Southfield detectives seized a white and pink Apple iPhone from WALKER JR at the time of his arrest. Detective Ceci met with WALKER JR. and asked for permission to search the cellular phone. WALKER JR. agreed to the search of the cellular phone and signed a consent form. I then examined the cellular phone and observed that the phone contained:

   a. Four nude photos of MV-1 in which her breast and buttocks are exposed (dated July 2, 2019);

   b. Two photos of MV-1 performing fellatio on a black male (dated July 2, 2019);

   c. Twelve videos of MV-1 performing fellatio on a black male (all dated July 2, 2019).

10. The videos mentioned above range in length from 10 seconds to 3 minutes and 48 seconds.

11. Detective Ceci asked MV-1 about the nude photos and sexual videos on WALKER'S cellular phone and MV-1 stated that all the photos are of her and

-4-

all the videos are of her performing fellatio on WALKER JR.

12. On July 2, 2019, Detective Ceci and Special Agent Szczygiel met with WALKER JR. in an interview room at Southfield Police Department. WALKER JR. was advised of his Constitutional Rights and he agreed to speak to go forward with the interview. WALKER JR. stated that he met MV-1 through his brother Brandon Walker at a motel. WALKER JR. admitted that he did have sexual intercourse with MV-1 and that he took pictures and recorded MV-1 performing fellatio on him. He further stated that MV-1 told him she was 19 years old and that he asked MV-1 for her identification card to confirm her age. WALKER JR. denied posting commercial sex advertisements for MV-1 online or assisting her in any way to perform acts of prostitution.

13. WALKER AND MV1 SPENT APPROXIMATELY 2-3 DAYS TOGETHER IN WHICH HE WAS ABLE TO OBSERVE MV1'S ACTIONS AND APPEARANCE.

14. AFFIANT MET WITH MV1 THE DAY SHE WAS RECOVERED AND BASED ON MV1'S ACTIONS, APPEARANCE AND THE WAY SHE SPOKE WAS EVIDENT THAT SHE WAS 14 YEARS OLD.

## III. CONCLUSION

13. Based on the foregoing information, there is probable cause to believe that ORODELL PERRY WALKER JR. did knowingly commit the following acts: (1) production of child pornography, in violation of 18 U.S.C. § 2251 and (2) Possession of Child Pornography in violation of 18 U.S.C. § 2252A.

_____
Jeremy Quinn
Task Force Officer
Federal Bureau of Investigation

Subscribed to and sworn before me on this
23rd day of July, 2019

_____
DAVID R. GRAND
UNITED STATES MAGISTRATE JUDGE